UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:05-CR-399-T-17TBM |
| ) | |
| JULIUS FOOTMAN. ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 22nd day of January, 2007, came the Assistant United States Attorney and the defendant JULIUS FOOTMAN, appeared in person and with counsel AFPD Allison Guagliardo.

It appearing to the Court that the above named defendant, having heretofore been convicted on May 31, 2006, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment entered herein on June 1, 2006.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:05-CR-399-T-17TBM				USA vs. Julius Footman

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **EIGHT (8) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law. The term of imprisonment is to be followed by a term of **SUPERVISED RELEASE** for a period of **TWENTY-EIGHT (28) MONTHS**. The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

**Special Conditions of Supervised Release:**

(1) The defendant has an interest in machinery repair, to include computers, electronic devices, etc., and shall receive vocational training in the same.

(2) The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

(3) The defendant shall provide the United States Probation Office with full disclosure of his financial records to include yearly tax returns upon the request of the Probation Officer. He shall cooperate with the Probation Office in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

(4) The defendant shall pay the remaining balance of $100 for a special assessment in accordance with the original Judgment and Commitment Order.

(5) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions, or obligating himself for any major purchases without the approval of the probation officer.

(6) The defendant shall perform **TWO HUNDRED (200) HOURS** of community service as directed by the United States Probation Officer. Community service can be substituted for gainful employment.

Case No. 8:05-CR-399-T-17TBM                USA vs. Julius Footman

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this 23RD day of January, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office