# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:05-CR-399-T-17TBM |
| JULIUS FOOTMAN | USM Number: 48365-018 |
| | AFPD David Secular |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ entered nolo contendere plea(s) to charge number(s) <u>1, 2 and 3</u> of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Delivery of Cocaine Within 1000 Feet of School | January 1, 2009 |
| 2 | New criminal conduct, Possession of Cocaine with Intent to Sell or Deliver | January 1, 2009 |
| 3 | New criminal conduct, Possession of Controlled Substance with Intent to Sell or Deliver | January 1, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>February 13, 2009</u>
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

_FEBRUARY 13th, 2009_
Date

DEFENDANT: JULIUS FOOTMAN
CASE NUMBER: 8:05-CR-399-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTEEN (16) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__  The defendant is REMANDED to custody.

__X__  The Court recommends incarceration at Talladega, AL, Tallahassee, FL or somewhere in Florida.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL